UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00078-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO REASSIGN |
| | : | |
| Thomas Carey Odom | : | |
| | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Senior Judge Malcolm J. Howard.

SO ORDERED.

This the 16th day of May, 2012.

*/s/ James C. Fox*
Senior Judge James C. Fox
United States District Court Judge